UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
|   ROSE A HARBAUGH | : |
|     Debtor | :   CHAPTER 13 |
| | : |
| JACK N. ZAHAROPOULOS | : |
| STANDING CHAPTER 13 TRUSTEE | : |
|     Movant | :   CASE NO. 1-25-bk-00790 |
| | : |
| ROSE A HARBAUGH | : |
|     Respondent | : |

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 25th day of April 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced Debtor(s)' Plan for the following reason(s):

1. Debtor(s)' Plan violates 11 U.S.C. §1325(a)(4) in that the value of property to be distributed under the Plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7. More specifically, Debtor has access to non-exempt equity in the following:

    a. Trustee requests a copy of the Deed to real property listed on Schedule A/B to verify how the title is held.

WHEREFORE, Trustee alleges and avers that Debtor(s)' Plan cannot be confirmed, and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of Debtor(s)' Plan.
   b. Dismiss or convert Debtor(s)' case.
   c. Provide such other relief as is equitable and just.

                                                                 Respectfully submitted:

                                                                 /s/Jack N. Zaharopoulos
                                                                  Standing Chapter 13 Trustee
                                                                  8125 Adams Drive, Suite A
                                                                  Hummelstown, PA 17036
                                                                  (717) 566-6097

# CERTIFICATE OF SERVICE

      AND NOW, this 25th day of April 2025, I hereby certify that I have served the within Objection by electronically notifying all parties or by depositing a true and correct copy of the same in the Unites States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

MATTHEW LAZARUS, ESQUIRE
LAZARUS LAW, LLC
2173 EMBASSY DRIVE, UNIT 538
LANCASTER, PA   17603-

                                                  /s/ Derek M. Strouphauer, Paralegal
                                                  Office of Jack N. Zaharopoulos
                                                  Standing Chapter 13 Trustee