# LOCAL BANKRUPTCY FORM 2016-2(c)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Rose Harbaugh | CHAPTER: 13 |
| Debtor(s) | CASE NO. 25-00790 |

## REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES

**Instructions:** Complete **Part A** for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), reimbursement of expenses to be paid through a Chapter 13 plan. Complete **Part B** for payment of compensation and reimbursement of expenses to be allowed under a separate application and Court order. Complete **Part C** for all requests for payment of compensation and reimbursement of expenses.

| | |
|---|---|
| **A.** Presumptively reasonable fees under L.B.R. 2016-2(c) | |
| 1. Amount agreed to by debtor | $ 4,500.00 |
| 2. Less amount paid to attorney outside of plan distributions | $ 1,911.00 |
| 3. Balance of compensation to be paid through plan distributions | $ 2,589.00 |
| 4. Expenses advanced to be paid through plan distributions: (describe expense and amount) **Enter text** | $ 0.00 |

| | |
|---|---|
| **B.** Compensation and reimbursement of expenses allowed upon application and order under LBR 2016-2(a) | |
| 1. Compensation and expenses to be approved by the Court | $ **Enter text** |
| 2. Less amounts paid to attorney outside of plan distributions | $ **Enter text** |
| 3. Balance of compensation and expenses to be paid through plan distributions | $ **Enter text** |

| | |
|---|---|
| **C.** The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. ' 503(b)(2) in the following amount based on the information above: | $ 2,589.00 |

Dated: May 9, 2025          /s/ Matthew H. Lazarus, Esq.
                                                                    Attorney for Debtor